PER CURIAM.

(No. 74-CC-845—

KEWAUNEE SCIENTIFIC EQUIPMENT CORPORATION, Claimant, *vs.* STATE OF ILLINOIS, DEPARTMENT OF TRANSPORTATION, Respondent.

*Opinion filed August 8, 1974.*

KEWAUNEE SCIENTIFIC EQUIPMENT CORPORATION, Claimant, pro se.

WILLIAM J. SCOTT, Attorney General; HOWARD W. FELDMAN, Assistant Attorney General, for Respondent.

77

PER CURIAM.